IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NITRO FLUIDS, LLC, *et al.*,[1] | § | Case No. 24-60018 (CML) |
| | § | (Jointly Administered) |
| Debtors. | § | (Pending in the United States Bankruptcy |
| | § | Court for the Southern District of Texas, |
| | § | Victoria Division) |

| | | |
|---|---|---|
| PROPPANT EXPRESS SOLUTIONS, | § | |
| LLC, | § | |
| | § | |
| Plaintiff, | § | Adv. Pro. No. 24-05062-cag |
| | § | |
| v. | § | Removed from: |
| | § | 25th Judicial District Court |
| STRAITLINE PUMPS, LLC, | § | Gonzales County, Texas |
| | § | Case No. 28,724 |
| Defendant. | § | |

**DEFENDANT'S MOTION TO TRANSFER ACTION**
**TO THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS, VICTORIA DIVISION**

Pursuant to 28 U.S.C. §§ 1404(a) and 1412, and Bankruptcy Rule 7087, Defendant Straitline Pumps, LLC ("Straitline" or "Defendant"), by and through its undersigned counsel, respectfully moves to transfer the above-captioned removed action to the United States Bankruptcy Court for the Southern District of Texas, Victoria Division. In support of this Motion, Defendant would show as follows:

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of the Debtors' federal tax identification numbers, are Nitro Fluids, LLC (2119); NFH Leasing, LLC (9218); Straitline Pumps, LLC (4168). The location of the service address for Nitro Fluids, LLC and NFH Leasing, LLC is: 117 Broadway, Nordheim, TX 78141. The location of the service address for Straitline Pumps, LLC is: 13750 San Pedro Ave., Ste. 560, San Antonio, Texas 78232.

1. This action was originally filed on December 21, 2023 in the 25th Judicial District Court of Gonzales County, Texas, Case No. 28,724 (the "Removed Action"). The Removed Action was removed to this Court on October 15, 2024. [Docket No. 1]. Because the Removed Action was then pending in Gonzales County, the Defendant removed it to the San Antonio Division of the Western District of Texas. *See* Fed. R. Bankr. P. 9027(a)(1) ("A notice of removal shall be filed with the clerk for the **district and division** within which is located the state or federal court where the civil action is pending," (emphasis added)).

2. Removal was effected pursuant to 28 U.S.C. § 1452(a) because the Court has jurisdiction over the claims asserted therein under 28 U.S.C. § 1334. Section 1334(b) grants this Court "original but not exclusive jurisdiction of all civil proceedings…related to cases under title 11," and it "is well established that '[f]ederal courts have "related to" subject matter jurisdiction over litigation arising from a bankruptcy case if the proceeding could conceivably affect the estate being administered in bankruptcy.'" *In re KSRP, Ltd.*, 809 F.3d 263, 266 (5th Cir. 2015) (quoting *Lone Star Fund V (U.S.), L.P. v. Barclays Bank PLC*, 594 F.3d 383, 386 (5th Cir. 2010)). Moreover, cases "are 'related to' a bankruptcy case if they involve legal claims by and against the debtor." *Menggui Zhang v. Rothrock*, 2006 U.S. Dist. LEXIS 112452, at *2 (S.D. Tex. Jan. 4, 2006).

3. The Removed Action falls under "related to" jurisdiction because it involves legal claims against Straitline and could affect the estate being administered in bankruptcy.

4. On May 15, 2024, Straitline and affiliated entities filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in the U.S. Bankruptcy Court for the Southern District of Texas, Victoria Division, Case No. 24-60020 (CML) (jointly administered under Case No. 24-60018; the "Bankruptcy Cases"). The Bankruptcy Cases remain pending before

Judge Christopher M. Lopez. Transferring this action to the Southern District, Victoria Division where Straitline's bankruptcy case is pending, would serve the convenience of the parties and witnesses and would be in the interest of justice and judicial economy. 28 U.S.C. § 1412.

WHEREFORE, Defendant Straitline respectfully requests that, for the foregoing reasons, this Court grant this motion and transfer this action to the United States Bankruptcy Court for the Southern District of Texas, Victoria Division.

Dated: October 24, 2024

Respectfully submitted,

/s/ *Eric T. Haitz*
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (Texas Bar No. 24050567)
Eric T. Haitz (Texas Bar No. 24101851)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

-and-

Ken Green (Texas Bar No. 24050698)
402 Heights Blvd.
Houston, Texas 77007
(713) 335-4990 telephone
(713) 335-4991 facsimile
Email: ken.green@bondsellis.com

**COUNSEL FOR DEFENDANT STRAITLINE PUMPS, LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 22, 2024, I attempted to confer by email with counsel to the Plaintiff in the Removed Action as listed below, but as of the filing of this Motion no response has been received.

*/s/ Eric T. Haitz*
Eric T. Haitz

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of October, 2024, a copy of the foregoing document was served on all parties requesting service via the Court's CM/ECF system, and on the following parties via e-mail as follows:

Christopher G. Burwell
Email: cburwell@cokinoslaw.com
Jade A. Misenhimer
Email: jmisenhimer@cokinoslaw.com
COKINOS | YOUNG
*Counsel for Plaintiff Proppant Express Solutions, LLC*

*/s/ Eric T. Haitz*
Eric T. Haitz