**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 19, 2024**

Craig A. Gargotta

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NITRO FLUIDS, LLC, *et al.*,[1] | § | Case No. 24-60018 (CML) |
| | § | (Jointly Administered) |
| Debtors. | § | (Pending in the United States Bankruptcy |
| | § | Court for the Southern District of Texas, |
| | § | Victoria Division) |

---

| | | |
|---|---|---|
| PROPPANT EXPRESS SOLUTIONS, | § | |
| LLC, | § | |
| | § | |
| Plaintiff, | § | Adv. Pro. No. 24-05062-cag |
| | § | |
| v. | § | Removed from: |
| | § | 25th Judicial District Court |
| STRAITLINE PUMPS, LLC, | § | Gonzales County, Texas |
| | § | Case No. 28,724 |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER ACTION TO THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, VICTORIA DIVISION [DOCKET NO. ___]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of the Debtors' federal tax identification numbers, are Nitro Fluids, LLC (2119); NFH Leasing, LLC (9218); Straitline Pumps, LLC (4168). The location of the service address for Nitro Fluids, LLC and NFH Leasing, LLC is: 117 Broadway, Nordheim, TX 78141. The location of the service address for Straitline Pumps, LLC is: 13750 San Pedro Ave., Ste. 560, San Antonio, Texas 78232.

Before the Court is Defendant's Motion to Transfer Action to the United States Bankruptcy Court for the Southern District of Texas, Victoria Division. Pursuant to 28 U.S.C. §§ 1404(a) and 1412, and Bankruptcy Rule 7087, and for good cause shown, the motion is **GRANTED**.

It is therefore **ORDERED** that this case be transferred to the Southern District of Texas, Victoria Division. It is further noted that this case is related to *In re Nitro Fluids, LLC, et al.*, Case No. 24-60018 (CML), in the United States Bankruptcy Court for the Southern District of Texas, Victoria Division.

# # #

Submitted by:

**BONDS ELLIS EPPICH SCHAFER JONES LLP**
Joshua N. Eppich (Texas Bar No. 24050567)
Eric T. Haitz (Texas Bar No. 24101851)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: eric.haitz@bondsellis.com

-and-

Ken Green (Texas Bar No. 24050698)
402 Heights Blvd.
Houston, Texas 77007
(713) 335-4990 telephone
(713) 335-4991 facsimile
Email: ken.green@bondsellis.com

**COUNSEL FOR DEFENDANT STRAITLINE PUMPS, LLC**